Crotty. J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK BECKMAN, Individually and
On Behalf of All Others Similarly Situated,

            Plaintiff,

    v.

ENER1, INC., CHARLES GASSENHEIMER,
JEFFREY SEIDEL, ROBERT R. KAMISCHKE,
and KENNETH BAKER,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2 8 SEP 201_
```

No. 1:11-CV-05794 (PAC)

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, the above-captioned action is subject to the statutory provisions in 15 U.S.C. § 78u-4(a)(3) requiring the appointment of a lead plaintiff;

**WHEREAS**, the deadline for motions for lead plaintiff in this action has not yet passed;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in this action, that:

1.    Defendants need not respond to the complaint filed in this action.

2.    Within sixty (60) days after a court ruling on any motions for lead plaintiff, the court-appointed Lead Plaintiff shall file a Consolidated Amended Complaint that supersedes the complaint filed in this action.

3.    Within sixty (60) days after the filing of the Consolidated Amended Complaint, Defendants shall answer, move against, or otherwise respond to the Consolidated Amended Complaint.

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP

Marc I. Gross
Jeremy A. Lieberman
100 Park Avenue, 26th Floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665

Attorneys for Plaintiff Raymond Neufeld

GIBSON, DUNN & CRUTCHER LLP

Jonathan C. Dickey
Aric H. Wu
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Attorneys for Defendants Ener1, Inc.,
Charles Gassenheimer, Jeffrey Seidel,
Robert R. Kamishcke, and Kenneth Baker

2

POMERANTZ HAUDEK GROSSMAN
& GROSS LLP

---

Marc I. Gross
Jeremy A. Lieberman
100 Park Avenue, 26th Floor
New York, New York 10017
Tel:  (212) 661-1100
Fax:  (212) 661-8665

Attorneys for Plaintiff Mark Beckman

GIBSON, DUNN & CRUTCHER LLP

---

Jonathan C. Dickey
Aric H. Wu
200 Park Avenue
New York, New York 10166
Tel:  (212) 351-4000
Fax:  (212) 351-4035

Attorneys for Defendants Ener1, Inc.,
Charles Gassenheimer, Jeffrey Seidel,
Robert R. Kamishcke, and Kenneth Baker

SO ORDERED:   2 8 SEP 2011

Honorable Paul A. Crotty
United States District Judge

2