UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X
                                                    :
In re                                               :
                                                    :
                                                    : Master Docket No.: 11-cv-05794 (PAC)
ENER1, INC. SECURITIES LITIGATION                   :
                                                    : ECF Case
This paper applies to: ALL CASES                    :
———————————————————————— X

### PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELMINARY APPROVAL OF PROPOSED SETTLEMENT, (II) CERTIFICATION OF THE SETTLEMENT CLASS FOR PURPOSES OF THE SETTLEMENT AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that upon the accompanying Declaration of William B. Federman, dated January 14, 2013, the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Lead Plaintiffs Junie L. Morris and Lisa G. Morris ("Plaintiffs") hereby move this Court, at the United States District Court for the Southern District of New York, before the Honorable Paul A. Crotty, located at 500 Pearl Street, New York, New York 10007, for an Order: (1) granting preliminary approval of the proposed Settlement; (2) conditionally certifying a class for purposes of settlement (the "Settlement Class"); (3) appointing Lead Counsel as Lead Class Counsel; (4) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (5) directing that notice be given to the Settlement Class members; and (6) scheduling a hearing[1] at which time the Court will consider (a) the parties' request for final approval of the Settlement Class, the Settlement, the Plan of Allocation and entry of the Final Judgment and Order of Dismissal With Prejudice and (b) Lead Class Counsel's

---

[1] In keeping with the Class Action Fairness Act, 28 U.S.C. § 1715, Plaintiffs request that the Settlement Hearing be held no earlier than April 24, 2013, which is 100 calendar days after the filing of the Stipulation and Agreement of Settlement.

1

application for an incentive award to Plaintiffs and an award of attorneys' fees and reimbursement of expenses; and (7) granting such other and further relief as the Court deems just and proper.

Defendants do not oppose this motion.

Dated: January 14, 2013                                  Respectfully submitted,

                                                  s/William B. Federman
                                                  William B. Federman (WF9124)
                                                  FEDERMAN & SHERWOOD
                                                  10205 North Pennsylvania Avenue
                                                  Oklahoma City, Oklahoma 73120
                                                  Telephone: (405) 235-1560
                                                  Facsimile:  (405) 239-2112
                                                  wbf@federmanlaw.com
                                                        -and-
                                                  2926 Maple Ave., Suite 200
                                                  Dallas, TX  75201

                                                  *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on January 14, 2013, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                  s/William B. Federman